UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
SCOTT JOHNSON,                         )
                                       )   2:06-cv-0980-GEB-GGH
               Plaintiff,              )
                                       )
     v.                                )   ORDER OF DISMISSAL
                                       )
JARA, a general partnership;           )
RODEMANN'S COLLISION REPAIR,           )
INC., individually and d/b/a           )
Rodemann's Collision Repair; and       )
DOES 1 through 10, inclusive,          )
                                       )
               Defendants.             )
_____)
```

On October 24, 2006, Plaintiff filed a Notice of Settlement in which he stated "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Also on October 24, 2006, this Court issued an Order requiring the parties to file a dispositional document no later than November 13, 2006. The October 24 Order further stated that "[f]ailure to respond by [the November 13] deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed." Since the parties failed to file the dismissal document, and provide no reason why the federal

1 court should continue exercising jurisdiction over this settled
2 action, this action is dismissed without prejudice.
3      IT IS SO ORDERED.
4 Dated: January 5, 2007

                                         GARLAND E. BURRELL, JR.
                                         United States District Judge